IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES LAVELLE BAUSELY                                                     PLAINTIFF

v.                              No. 4:17-cv-89-DPM-JTR

E.W. BULUTION, Officer,
Ouachita River Unit; and
WENDY KELLY, Board of Correction                                         DEFENDANTS

ORDER

Charles Bausely has filed this *pro se* § 1983 action. The events giving rise to Bausely's claim occurred in Hot Spring County, Arkansas; and the core of his claim is against Officer Bulution, who resides in Hot Spring County. № 1. Director Kelley, on the other hand, had a minor role in the events giving rise to this lawsuit and resides in Jefferson County, Arkansas. *Ibid.*

The controlling statute provides that, in cases not based on diversity of citizenship, venue is proper in "a judicial district in which any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred[.]" 28 U.S.C. § 1391(b)(1)–(2).

Hot Spring County is in the Hot Springs Division of the United States District Court for the Western District of Arkansas. The Court finds that the

interests of justice will be best served by transferring the case there. 28 U.S.C. § 1404(a). This case is therefore transferred to the United States District Court for the Western District of Arkansas, Hot Springs Division. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 March 2017